Eastern District of Kentucky
FILED
APR 28 2016
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**UNITED STATES OF AMERICA**

**V.** **SUPERSEDING INDICTMENT NO. 7:15-CR-09-SSS-ART**

**FREDDIE B. KENNEDY, JR.,**
**JERRY L. WILLIAMS,**
**ELMER D. COMBS,**
**ROBERT E. SHELTON,**
**VENITA R. KENNEDY,**
**CLIFFORD D. BURD, and**
**AMANDA J. BURD**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 846**

On or about a day in April 2013, the exact date unknown, and continuing through June 2015, in Knott County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.,**
**JERRY L. WILLIAMS,**
**ELMER D. COMBS,**
**ROBERT E. SHELTON,**
**CLIFFORD D. BURD, and**
**AMANDA J. BURD**

did conspire together and with others to knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**COUNT 2**
**18 U.S.C. § 2241(c)**

On or about October 25, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did cross and attempt to cross a state line with intent to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a person, that is, Minor Female 1, who had not attained the age of 12 years, all in violation of 18 U.S.C. § 2241(c).

**COUNT 3**
**18 U.S.C. §§ 2423(a) and (e)**

On or about October 25, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did knowingly transport and attempt to transport in interstate commerce, a person, that is, Minor Female 1, who had not attained the age of 18 years, with the intent that Minor Female 1 engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. §§ 2423(a) and (e).

**COUNT 4**
**18 U.S.C. § 2241(c)**

On or about October 25, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did cross and attempt to cross a state line with intent to engage in a sexual act, as defined

in 18 U.S.C. § 2246(2), with a person, that is, Minor Female 2, who had not attained the age of 12 years, all in violation of 18 U.S.C. § 2241(c).

**COUNT 5**
**18 U.S.C. §§ 2423(a) and (e)**

On or about October 25, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did knowingly transport and attempt to transport, in interstate commerce, a person, that is, Minor Female 2, with the intent that Minor Female 2 engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. §§ 2423(a) and (e).

**COUNT 6**
**18 U.S.C. § 2241(c)**

On or about October 25, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did cross and attempt to cross a state line with intent to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a person, that is, Minor Female 3, who had not attained the age of 12 years, all in violation of 18 U.S.C. § 2241(c).

**COUNT 7**
**18 U.S.C. §§ 2423(a) and (e)**

On or about October 25, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did knowingly transport and attempt to transport in interstate commerce, a person, that is Minor Female 3, who had not attained the age of 18 years, with the intent that Minor Female 3 engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. §§ 2423(a) and (e).

**<u>COUNT 8</u>**
**18 U.S.C. §§ 2423(a) and (e)**

On or about October 25, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did knowingly transport and attempt to transport in interstate commerce, a person, that is, Minor Female 4, with the intent that Minor Female 4 engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. §§ 2423(a) and (e).

**<u>COUNT 9</u>**
**18 U.S.C. § 2241(c)**

On or about December 28, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did cross and attempt to cross a state line with intent to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a person, that is, Minor Female 1, who had not attained the age of 12 years, all in violation of 18 U.S.C. § 2241(c).

**COUNT 10**
**18 U.S.C. §§ 2423(a) and (e)**

On or about December 28, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did knowingly transport and attempt to transport in interstate commerce, a person, that is, Minor Female 1, who had not attained the age of 18 years, with the intent that Minor Female 1 engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. §§ 2423(a) and (e).

**COUNT 11**
**18 U.S.C. § 2241(c)**

On or about December 28, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did cross and attempt to cross a state line with intent to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a person, that is, Minor Female 2, who had not attained the age of 12 years, all in violation of 18 U.S.C. § 2241(c).

**COUNT 12**
**18 U.S.C. §§ 2423(a) and (e)**

On or about December 28, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did knowingly transport and attempt to transport, in interstate commerce, a person, that

is, Minor Female 2, with the intent that Minor Female 2 engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. §§ 2423(a) and (e).

**COUNT 13**
**18 U.S.C. §§ 2423(a) and (e)**

On or about December 28, 2013, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did knowingly transport and attempt to transport in interstate commerce, a person, that is, Minor Female 4, with the intent that Minor Female 4 engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. §§ 2423(a) and (e).

**COUNT 14**
**18 U.S.C. § 2241(c)**

On or about March 28, 2014, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did cross and attempt to cross a state line with intent to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a person, that is, Minor Female 1, who had not attained the age of 12 years, all in violation of 18 U.S.C. § 2241(c).

**COUNT 15**
**18 U.S.C. §§ 2423(a) and (e)**

On or about March 28, 2014, the exact date unknown, in Perry County, in the

Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did knowingly transport and attempt to transport in interstate commerce, a person, that is, Minor Female 1, who had not attained the age of 18 years, with the intent that Minor Female 1 engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. §§ 2423(a) and (e).

**COUNT 16**
**18 U.S.C. § 2241(c)**

On or about March 28, 2014, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did cross and attempt to cross a state line with intent to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a person, that is, Minor Female 2, who had not attained the age of 12 years, all in violation of 18 U.S.C. § 2241(c).

**COUNT 17**
**18 U.S.C. §§ 2423(a) and (e)**

On or about March 28, 2014, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did knowingly transport and attempt to transport, in interstate commerce, a person, that is, Minor Female 2, with the intent that Minor Female 2 engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. §§ 2423(a) and (e).

**COUNT 18**
**18 U.S.C. §§ 2423(a) and (e)**

On or about March 28, 2014, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FREDDIE B. KENNEDY, JR.**

did knowingly transport and attempt to transport in interstate commerce, a person, that is, Minor Female 4, with the intent that Minor Female 4 engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. §§ 2423(a) and (e).

**COUNT 19**
**18 U.S.C. § 1512(b)(3)**

In or about June 2015, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**VENITA R. KENNEDY**

did knowingly attempt to intimidate, threaten, and corruptly persuade Donna Sexton, to refrain from speaking with the United States as it relates to Sexton's knowledge of Freddie B. Kennedy, Jr.'s involvement in the conspiracy to distribute oxycodone, as set forth in Count 1 herein, with the intent to hinder, delay, and prevent the communication to any federal law enforcement officer information relating to the commission of said offense, in violation of 21 U.S.C. § 846, all in violation of 18 U.S.C. § 1512(b)(3).

**COUNT 20**
**18 U.S.C. § 1512(b)(3)**

In or about October 2015, the exact date unknown, in Perry County, in the Eastern

District of Kentucky, and elsewhere,

**VENITA R. KENNEDY**

did knowingly attempt to intimidate, threaten, and corruptly persuade Robert E. Shelton, to refrain from speaking with the United States as it relates to Shelton's knowledge of Freddie B. Kennedy, Jr.'s involvement in the conspiracy to distribute oxycodone, as set forth in Count 1 herein, with the intent to hinder, delay, and prevent the communication to any federal law enforcement officer information relating to the commission of said offense, in violation of 21 U.S.C. § 846, all in violation of 18 U.S.C. § 1512(b)(3).

**COUNT 21**
**18 U.S.C. § 1512(b)(3)**

In or about October 2015, the exact date unknown, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**VENITA R. KENNEDY**

did knowingly attempt to intimidate, threaten, and corruptly persuade Kathy A. Shelton, to refrain from speaking with the United States as it relates to Shelton's knowledge of Freddie B. Kennedy, Jr.'s involvement in the conspiracy to distribute oxycodone, as set forth in Count 1 herein, with the intent to hinder, delay, and prevent the communication to any federal law enforcement officer information relating to the commission of said offense, in violation of 21 U.S.C. § 846, all in violation of 18 U.S.C. § 1512(b)(3).

**COUNT 22**
**18 U.S.C. § 1512(b)(3)**

In or about October 2015, the exact date unknown, in Perry County, in the Eastern

District of Kentucky, and elsewhere,

**VENITA R. KENNEDY**

did knowingly attempt to intimidate, threaten, and corruptly persuade Kevin E. Combs to refrain from speaking with the United States as it relates to Comb's knowledge of Freddie B. Kennedy, Jr.'s involvement in the conspiracy to distribute oxycodone, as set forth in Count 1 herein, with the intent to hinder, delay, and prevent the communication to any federal law enforcement officer information relating to the commission of said offense, in violation of 21 U.S.C. § 846, all in violation of 18 U.S.C. § 1512(b)(3).

**A TRUE BILL**

**FOREPERSON**

**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:**

Not more than 20 years imprisonment, a $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug conviction:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**COUNTS 2, 4, 6, 9, 11, 14, and 16:**

Not less than 30 years imprisonment nor more than life, a $250,000 fine, and not less than 5 years of supervised release nor more than life.

**If prior conviction under this subsection:** Life imprisonment and a $250,000 fine.

**COUNTS 3, 5, 7, 8, 10, 12, 13, 15, 17, and 18:**

Not less than 10 years imprisonment nor more than life, a $250,000 fine, and not less than 5 years of supervised release nor more than life.

**COUNTS 19 – 22:**

Not more than 20 years imprisonment, a $250,000 fine, and not more than 3 years of supervised release.

**PLUS:** Restitution.

**PLUS:** Mandatory special assessment of $100.