# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 23, 2019

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jan 28, 2019
DEBORAH S. HUNT, Clerk

Re:  Freddie B. Kennedy, Jr.
       v. United States
       No. 18-7522
       (Your No. 17-5377)


Dear Clerk:

        The petition for a writ of certiorari in the above entitled case was filed on January 4, 2019 and placed on the docket January 23, 2019 as No. 18-7522.




                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Lisa Nesbitt
                        Case Analyst